# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Southern Division
### Docket No. 7:11-MJ-1169-1

| | | |
|---|---|---|
| **United States Of America** | ) | |
| | ) | **JUDGMENT** |
| **vs.** | ) | |
| | ) | |
| **Justin David Kaczkowsky** | ) | |

On January 11, 2012, Justin David Kaczkowsky appeared before the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge in the Eastern District of North Carolina, and pursuant to a plea of guilty to Simple Possession of Marijuana, 21 U.S.C. § 844, was sentenced to a 12-month term of probation.

From evidence presented at the revocation hearing on September 18, 2012, the court finds as a fact that Justin David Kaczkowsky, who is appearing before the court with counsel, has violated the terms and conditions of the probation judgment as follows:

1. Criminal conduct.
2. Failure to notify the officer within seventy-two hours of being arrested or questioned by a law enforcement officer.
3. Failure to participate as directed by the probation officer in a treatment program for narcotic addiction, drug dependency, or alcohol dependency.
4. Failure to participate as directed in a urinalysis program.
5. Failure to report to the probation officer as directed by the court or probation officer.
6. Using a controlled substance.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation sentence heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 30 days.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 18ᵗʰ day of September, 2012.

Robert B. Jones, Jr.
U.S. Magistrate Judge